**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ) | |
| ) | MDL DOCKET NO. _____ |
| MEDNAX SERVICES, INC. DATA ) | |
| SECURITY INCIDENT LITIGATION ) | |

**MOTION TO TRANSFER AND CONSOLIDATE FOR COORDINATED
PRETRIAL PROCEEDINGS UNDER 28 U.S.C. § 1407**

Mednax Services, Inc.; Mednax, Inc.; Pediatrix Medical Group, Inc.; and Pediatrix Medical Group of Kansas, P.C. (collectively, "Movants") hereby move, pursuant to 28 U.S.C. § 1407, to transfer and consolidate the cases listed in Exhibit A, and any subsequently filed cases against the Movants that contain similar allegations, for proceedings in the United States District Court for the Southern District of Florida.  The reasons supporting this request are set forth in the Brief in Support of Motion to Transfer and Consolidate for Coordinated Pretrial Proceedings Under 28 U.S.C. § 1407 filed concurrently herewith.

Respectfully submitted this 26th day of February, 2021.

/s/ Kristine McAlister Brown
Kristine McAlister Brown
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
kristy.brown@alston.com

*Counsel for Movants Mednax Services, Inc.; Mednax, Inc.; Pediatrix Medical Group, Inc.; and Pediatrix Medical Group of Kansas, P.C.*